| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |
| 7 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| GEHUA DU, | ) | |
| | ) | |
| Plaintiff, | ) | No. C 08-2751 SBA |
| | ) | |
| v. | ) | **STIPULATION TO DISMISS AND** |
| | ) | **ORDER** |
| MICHAEL MUKASEY, Attorney General | ) | |
| of the United States; MICHAEL CHERTOFF, | ) | |
| Secretary of the Department of Homeland | ) | |
| Security; ROBERT MUELLER, III, Director | ) | |
| of the Federal Bureau of Investigation; | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, by and through her attorney of record, and Defendants, by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so within 30 days of the dismissal of this action.

///

///

///

Stip to Dismiss
C 08-2751 SBA                                              1

1  Each of the parties shall bear their own costs and fees.

2  Dated: July 15, 2008                              Respectfully submitted,

3                                                    JOSEPH P. RUSSONIELLO
                                                     United States Attorney
4

5                                                    _____/s/_____
                                                     ILA C. DEISS[1]
6                                                    Assistant United States Attorney
                                                     Attorneys for Defendants
7

8  Dated: July 11, 2008                              _____/s/_____
9                                                    TRICIA WANG
                                                     Attorney for Plaintiff
10

11                                      **ORDER**

12  Pursuant to stipulation, IT IS SO ORDERED.

13

14
    Date:  7/16/08                                   _/s/ Saundra B Armstrong_____
15                                                   SAUNDRA B. ARMSTRONG
                                                     United States District Judge
16

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stip to Dismiss
C 08-2751 SBA                              2